UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ARTAVIUS JAMAL MCDOWELL,

        Plaintiff,                            Case No. 1:24-cv-946

v.

                                               Honorable Ray Kent

HEIDI WASHINGTON,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).


Dated:  October 17, 2024                    /s/ Ray Kent
                                                        Ray Kent
                                                         United States Magistrate Judge